# EXHIBIT A

FILED DATE: 11/17/2020 4:17 PM   2020L012221

| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

**Summons - Alias Summons** (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Brenda Herron

(Name all parties)

v.

Gold Standard Baking, Inc.

Case No. 2020L012221

☑ **SUMMONS**  ☐ **ALIAS SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons,** not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3

**Summons - Alias Summons** (08/01/18) CCG 0001 B

**E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.**

FILED DATE: 11/17/2020 4:17 PM   2020L012221

Atty. No.: 65004
Atty Name: Thomas R. Kayes
Atty. for: Brenda Herron
Address: 2045 W Grand Ave, Ste B
City: Chicago
State: IL   Zip: 60612
Telephone: 708-722-2241
Primary Email: tom@kayes.law

Witness: _____

11/17/2020 4:17 PM DOROTHY BROWN
_____
DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 2 of 3

FILED DATE: 11/17/2020 4:17 PM   2020L012221

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

**Daley Center Divisions/Departments**

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- ⦿ Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 3 of 3

FILED
11/13/2020 11:55 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2020L012221

11130031

FILED DATE: 11/13/2020 11:55 AM 2020L012221

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

BRENDA HERRON, )
)           No.
*Plaintiff*, )
)              2020L012221
v. )
)           Hon.
GOLD STANDARD BAKING, INC., )
)
*Defendant*. )
)

## COMPLAINT

1. Brenda Herron worked for Gold Standard Baking, Inc. Standard Baking required Herron to use a timekeeping system that collected and stored her fingerprints. This violated the Biometric Information Privacy Act. The Act allows Herron to recover liquidated damages "for each" of Standard Baking's negligent or intentional violations. Herron brings this individual suit to recover for each and every violation.

### PARTIES

2. Plaintiff Brenda Herron is a person living in Illinois.

3. Defendant Gold Standard Baking, Inc. is an Illinois corporation with its principal place of business in Chicago. It does business in Illinois.

### JURISDICTION AND VENUE

4. This Court has personal jurisdiction over Standard Baking because Standard Baking is headquartered in Illinois and this case arises from its acts here.

5. Venue is proper here because Standard Baking conducts business in this county and because the unlawful conduct occurred here.

### ALLEGATIONS

6. The Biometric Information Privacy Act became law in Illinois in 2008.

7. Standard Baking employed Herron for roughly 16 months starting in 2017.

8. Herron worked five days per week.

9. Standard Baking required Herron to use a fingerprint scanner to clock in.

10. A fingerprint is a protected biometric identifier under the Act.

11. The first time she used it, the scanner captured an image of Herron's fingerprint.

12. It then converted that image into a unique "template," based on the fingerprint.

13. The template is protected biometric information under the Act.

14. Then, when Herron used the scanner in the future, the scanner captured a new image of her fingerprint, created a new template, and compared the new template to the original to ensure that Herron was Herron.

15. Standard Baking did not inform Herron in writing that it was collecting or storing her fingerprint or template.

16. Standard Baking did not inform Herron why it was collecting, storing, and using her fingerprint or template.

17. Standard Baking did not inform Herron for how long it planned to collect, store, and use Herron's fingerprint or template.

18. Standard Baking did obtain a written release from Herron permitting it to obtain her fingerprint or template.

19. Herron had to scan her finger prints at least 8 times per workday: to clock in, to clock out for a break, to clock in after the break, to clock out for lunch, to clock in from lunch, to clock out for a second break, to clock in from that second break, and to clock out at the end of her shift. Some days Herron had to scan her fingerprints more than that. For example, when she worked overtime, she had to clock in and out for an additional break.

2

20. Each scan was a separate violation of the Act.

21. Herron is entitled to statutory damages for each violation.

## COUNT I
### Biometric Information Privacy Act, 740 ILCS 14/1-25

22. Herron realleges all other allegations here.

23. The Biometric Information Privacy Act makes it unlawful for private entities to obtain and disseminate an employee's fingerprint and any biometric information derived from it, like a template, absent informed consent.

24. Standard Baking is a private entity covered by the Act.

25. Standard Baking obtained Herron's and templates without her informed consent each time she used the fingerprint scanner.

26. Standard Baking therefore violated Herron's rights under the Act each time Herron used the fingerprint scanner.

27. Standard Baking's violations were, at least, negligent because, among other reasons, it failed to make any effort to comply with a simple, decade-old law.

28. Standard Baking's violations entitle Herron to liquidated damages for each fingerprint scan, attorneys' fees and costs, and other relief.

### PRAYER FOR RELIEF

WHEREFORE, Herron respectfully requests that this Court enter Judgment:

a. Awarding statutory damages of $5,000 for each intentional and/or reckless violation of BIPA, pursuant to 740 ILCS 14/20(2);

b. Awarding statutory damages of $1,000 for each negligent violation of BIPA, pursuant to 740 ILCS 14/20(1);

FILED DATE: 11/13/2020 11:55 AM  2020L012221

c. Awarding reasonable attorneys' fees, costs, and other litigation expenses pursuant to 740 ILCS 14/20(3);

d. Awarding pre- and post-judgment interest, as allowable by law; and

e. Awarding such further and other relief as the Court deems just and equitable.

Dated: November 13, 2020.  Respectfully submitted,

BRENDA HERRON

By: /s/ Thomas R. Kayes
*One of Plaintiff's Attorneys*

Thomas R. Kayes
LAW OFFICES OF THOMAS R. KAYES, LLC (Firm ID: 65004)
2045 W. Grand Ave.
Suite B, PMB 62448
Chicago, IL 60612
T: 708.722.2241
tom@kayes.law

**Counsel for Plaintiff**

FILED DATE: 11/13/2020 11:55 AM  2020L012221