**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRENDA HERRON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 20-cv-07469 |
| | ) | |
| v. | ) | Hon. Thomas M. Durkin |
| | ) | |
| GOLD STANDARD BAKING, INC., | ) | Hon. Mag. Judge Gabriel A. Fuentes |
| | ) | |
| Defendant. | ) | |

**THE PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's November 22, 2022 Order (Dkt. 34), the Parties, through their undersigned counsel, hereby submit this Joint Status Report:

The case is stayed pending the Illinois Supreme Court's decisions in *Cothron v. White Castle Systems, Inc.*, *Tims v. Black Horse Carriers*, and *Marion v. Ring Container Techs.*. Decisions have been issued in the *Cothron* and *Tims* cases, and no appeal is pending in the *Marion* case.

On March 10, 2023, the defendant in the *Cothron* case, White Castle Systems, Inc. ("White Castle"), filed a petition for rehearing ("petition") with the Illinois Supreme Court. Pursuant to Illinois Supreme Court Rule 367, White Castle's petition could be denied, it could be granted, or an answer could be requested. Ill. Sup. Ct. R. 367. If the Illinois Supreme Court grants the petition or requests an answer, the parties will file an answer and reply, respectively, and oral argument could potentially take place.

Because White Castle filed its petition for rehearing on March 10, 2023, the *Cothron* appeal remains pending. For that reason, the parties request that the Court direct them to update the Court again by Status Report in 60 days or when the *Cothron* appeal is terminated, whatever occurs first.

1

//

//

Dated: March 13, 2023

Respectfully submitted,

| **PLAINTIFF BRENDA HERRON** | **DEFENDANT GOLD STANDARD BAKING, INC.** |
|---|---|
| By: <u>/s/Thomas R. Kayes (by consent)</u><br>Plaintiff's Attorney | By: <u>/s/Matthew P. Kellam</u><br>One of Defendant's Attorneys |
| Thomas R. Kayes<br>The Civil Rights Group, LLC<br>2045 West Grand Avenue, Suite B, PMB 62448<br>Chicago, Illinois 60612<br>(708) 722-2241<br>tom@civilrightsgroup.com | Clifford R. Perry III<br>Matthew P. Kellam<br>Laner Muchin, Ltd.<br>515 N. State Street, Suite 2800<br>Chicago, Illinois 60654<br>Phone: (312) 467-9800<br>cperry@lanermuchin.com<br>mkellam@lanermuchin.com |

## **CERTIFICATE OF SERVICE**

Matthew P. Kellam, an attorney, hereby certifies that he caused the foregoing **Parties' Joint Status Report**, in the above-captioned matter to be served on the parties below, via the Court's ECF filing system, on this 13th day of March, 2023, addressed to:

> Tom Kayes
> The Civil Rights Group, LLC
> 2045 W. Grand Ave
> Ste. B, PMB 62448
> Chicago, IL 60612
> (708) 722-2241
> tom@civilrightsgroup.com
> Attorney for Plaintiff

/s/Matthew P. Kellam